# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** United States of America

**Defendant(s):** Douglas A. Ducey , Governor of the State of Arizona; State of Arizona ; Arizona Department of Emergency and Military Affairs ; Kerry L. Muehlenbeck, in her official capacity as Adjutant General, Arizona Department of Emergency and Military Affairs ; Allen Clark, in his official capacity as Director of Arizona Division of Emergency Management, Arizona Department of Emergency and Military Affairs

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Smith A. Andrew , Senior Trial Attorney**
U.S. Department of Justice
201 Third Street N.W.
Albuquerque, New Mexico  87103
505-224-1468

**Shaun M. Pettigrew , Senior Trial Attorney**
U.S. Department of Justice
7600 Sand Point Way, NE
Seattle, Washington  98155
202-532-5973

**Tyler M. Alexander , Trial Attorney**
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044
202-305-0238

Defendant's Atty(s):

II. Basis of Jurisdiction: **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **950 Constitutionality of State Statute**

VI. Cause of Action: **U.S. Constitution and federal common law.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **2:22-cv-1814-PHX-DGC** assigned to Judge **Campbell.**

**Signature:** **Shaun M. Pettigrew**

   **Date:** **12/14/2022**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**