GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for the United States (additional counsel on signature page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** <br><br> Plaintiff, <br><br> v. <br><br> **Douglas A. Ducey, in his official capacity as Governor of the State of Arizona; the State of Arizona; the Arizona Department of Emergency and Military Affairs; Kerry L. Muehlenbeck, in her official capacity as Adjutant General, Arizona Department of Emergency and Military Affairs; and Allen Clark, in his official capacity as Director of the Arizona Division of Emergency Management, Arizona Department of Emergency and Military Affairs,** <br><br> Defendants. | No. CV-22-02107-PHX-SMB <br><br> **NOTICE OF SERVICE OF THE COURT'S DECEMBER 15, 2022 "ORDER," ECF NO. 6** |

In accordance with the Court's December 15, 2022 "Order," ECF No. 6, Plaintiff United States hereby notifies the Court that it promptly served copies of the Order on Defendants. The United States emailed copies of the Order to Defendants or their known counsel or representatives on December 15, 2022. The United States also sent copies of the Order by Federal Express overnight express courier service for delivery on December 16, 2022 to the following:

> Mark Brnovich
> Attorney General of the State of Arizona
> Office of the Attorney General
> 2005 N. Central Ave
> Phoenix, AZ 85004-2926
>
> Douglas A. Ducey
> Governor of the State of Arizona
> Office of the Governor
> 1700 W. Washington Street
> Phoenix, AZ 85007
>
> Major General Kerry L. Muehlenbeck
> Adjutant General, Arizona Department of Emergency and Military Affairs
> 5636 E. McDowell Road
> Phoenix, AZ 85008
>
> Allen Clark
> Director, Arizona Division of Emergency Management
> Arizona Department of Emergency and Military Affairs
> 5636 E. McDowell Road
> Phoenix, AZ 85008

Respectfully submitted this 16th day of December, 2022,

> GARY M. RESTAINO
> United States Attorney
> District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

SHAUN M. PETTIGREW
(Calif. Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, Washington 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for the United States*