AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Douglas A. Ducey, et al.<br><br>*Defendant(s)* | Civil Action No. CV-22-02107-PHX-SMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Arizona Department of Emergency and Military Affairs
5636 E. McDowell Road
Phoenix, AZ 85008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew A. Smith, Senior Trial Attorney
United States Department of Justice
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
P.O. Box 607
Albuquerque, NM 87103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                          *Signature of C...*

**ISSUED ON 6:39 am, Dec 19, 2022**

**s/ Debra D. Lucas, Clerk**