GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for the United States (additional counsel on signature page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**Douglas A. Ducey, in his official capacity as Governor of the State of Arizona; the State of Arizona; the Arizona Department of Emergency and Military Affairs; Kerry L. Muehlenbeck, in her official capacity as Adjutant General, Arizona Department of Emergency and Military Affairs; and Allen Clark, in his official capacity as Director of the Arizona Division of Emergency Management, Arizona Department of Emergency and Military Affairs,**<br><br>                    Defendants. | No. CV-22-02107-PHX-SMB<br><br>**STIPULATION** |

This Stipulation is entered into by and between Plaintiff United States of America and Defendants Douglas A. Ducey, Governor of the State of Arizona, et al. (hereinafter "Arizona") to avoid the United States moving for an immediate temporary restraining order and/or preliminary injunction.

NOW, THEREFORE, IT IS AGREED BY AND BETWEEN THE PARTIES, BY AND THROUGH UNDERSIGNED COUNSEL, AS FOLLOWS:

1. Arizona agrees to maintain its cessation of activity on National Forest System lands within the Coronado National Forest for any purpose relating to installing shipping containers along the international border (where "installing" includes, but is not limited to, movement of equipment, staging, roadwork, welding, and installation of concertina wire).  In moving shipping containers, equipment, and construction materials to cease its installation activities, Arizona will confer with representatives from the U.S. Forest Service for safety purposes and to avoid and minimize damage to the United States' lands, properties, and natural resources.

2. By January 4, 2023, to the extent feasible and so as not to cause damage to United States' lands, properties, and natural resources, Arizona will remove all previously installed shipping containers and associated equipment, materials, vehicles, and other objects from the United States' properties in the U.S. Border Patrol Yuma Sector, including from lands over which the U.S. Bureau of Reclamation holds an easement on the Cocopah Indian Tribe's West Reservation.  In taking such action, Arizona will confer with representatives from Reclamation and U.S. Customs and Border Protection for safety purposes, for sequencing removal, and to avoid and minimize damage to United States' lands, properties, and natural resources or disruption to federal actions or activities within the Yuma Sector, including commencement of engineered barrier construction by U.S. Customs and Border Protection in and around the Morelos Dam area.

1

3. Arizona will, to the extent feasible so as not to cause damage to National Forest System lands and resources, remove all previously installed shipping containers and associated equipment, materials, vehicles, and other objects from the United States' properties on National Forest System lands within the Coronado National Forest. In taking such action, Arizona will confer with representatives from the U.S. Forest Service for safety purposes, for sequencing removal, and to avoid and minimize damage to United States' lands, properties, and natural resources or disruption to federal actions or activities within the Coronado National Forest. Discussions between Arizona and the Forest Service for accomplishing this task will begin within one week.

4. The Parties acknowledge that the safety and security of personnel working to remove the shipping containers in accordance with Paragraphs 1 to 3 above are important objectives in the removal of the shipping containers. No specific action by any party is required if it is reasonably determined that these objectives are compromised. Under such a situation, the points of contact from the state and federal agencies will consult in good faith to resolve any issues. If such resolution is not possible at that level, counsel for the Parties will discuss an appropriate course of action to ensure the joint objectives of the entirety of this Stipulation.

5. Each Party is responsible for any act or omission by itself or its employees, agencies, contractors, or agents that results in the death of or injury to any person, or loss of or damage to any real or personal property of any person.

6. The Parties acknowledge and agree that this Stipulation is not a waiver of any rights, claims, liabilities, or defenses.

IT IS HEREBY STIPULATED AND AGREED:

Respectfully submitted this 21st day of December, 2022,

2

GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

SHAUN M. PETTIGREW
(Calif. Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, Washington 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for the United States*

3

|   |   |
|---|---|
| 1 | /s/ Anni L. Foster (electronically approved 12/21/2022 |
| 2 | Anni L. Foster |
|   | OFFICE OF ARIZONA GOVERNOR |
| 3 | DOUGLAS A. DUCEY |
| 4 | 1700 West Washington Street |
|   | Phoenix, Arizona 85007 |

/s/ Brett W. Johnson (electronically approved 12/21/2022

Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Charlene A. Warner
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, AZ 85004

*Attorneys for Defendants Douglas A. Ducey, Governor of the State of Arizona, et al.*

4