IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Douglas A Ducey, et al.,<br><br>　　　　　Defendants. | No. CV-22-02107-PHX-SMB<br><br>**ORDER** |

　　　THIS MATTER came before the Court on the parties' Stipulation to Stay Deadlines (Doc. 19). The Court, being advised of the premises, finds that the Stipulation is well-taken and GRANTS the Stipulation, as follows:

1. All deadlines in this case are stayed;
2. This stay of deadlines has no effect on the terms, implementation, or enforcement of the stipulation filed with the Court on December 21, 2022, ECF No. 17.
3. The parties are directed to file a joint status report no later than 30 days from the date of this order advising the Court on the status of this case and proposing further proceedings.

　　　Dated this 4th day of January, 2023.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge