THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _Civil 54 7.1(a)(1)_
(Rule Number/Section)

FILED _✓_  LODGED ___
RECEIVED ___ COPY ___

DEC 30 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DOUGLAS A. DUCEY, *in his official capacity as Governor of the State of Arizona*; THE STATE OF ARIZONA; ARIZONA DEPARTMENT OF EMERGENCY AND MILITARY AFFAIRS; KERRY L. MUEHLENBECK, *in her official capacity as Adjutant General, Arizona Department of Emergency and Military Affairs;* and ALLEN CLARK, *in his official capacity as Director of the Arizona Division of Emergency Management, Arizona Department of Emergency and Military Affairs,*<br>Defendants.<br><br>EMANUEL MCCRAY, on behalf of himself and all others similarly situated,<br><br>Intervenors-Defendants. | Case No.: 2:22-cv-02107-SMB<br><br>**MOTION TO INTERVENE**<br>**Rule 24, Fed. R. Civ. P.;**<br>**Tenth Amendment;**<br>**Declaration of Independence; and**<br>**Treaty of Paris, Gr. Brit.-U.S.,**<br>**September 3, 1783, 8 Stat. 80**<br><br><br>**PROPOSED CLASS ACTION** |

1

Emanuel McCray ("McCray"), Proposed Intervenor, respectfully moves to intervene in this action on behalf of himself and all other citizens of the United States similarly situated, as a class, pursuant to Rule 24 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Declaration of Independence, our sovereign power reserved to the People in the Tenth Amendment, and our power as a group acting as a class pursuant to *Bond v. United States,* 572 U.S. 844, 853 (2014),[1] and *Califano v. Yamasaki,* 442 U.S. 682, 700, (1979).[2]

This Motion is supported by the attached Memorandum of Law and a Proposed Motion To Dismiss, as a required pleading under Rule 24, accompanies this Motion To Intervene.

The following grounds for intervention are claimed:

1) **Founding Documents**:   The Declaration of Independence of 1776, the U.S. Constitution and the Enabling Act for each State of the United States do not grant Congress, the Federal and State Governments and this Honorable Court power or authority to grant the relief requested by the Plaintiff. In the alternative, any such Federal or State rules, statutes, science of law (jurisprudence) or regulation is contrary to the original intent of our Nation's founding documents and are unconstitutional.

---

[1] Holding that: "'An individual may 'assert injury from governmental action taken in excess of the authority that federalism defines.'"

[2] Holding that "class relief is appropriate in civil actions brought in federal court, including those seeking to overturn determinations of the departments of the Executive Branch of the Government in cases where judicial review of such determinations is authorized.... Indeed, a wide variety of federal jurisdictional provisions speak in terms of individual plaintiffs, but class relief has never been thought to be unavailable under them."

2)     **Self-Preservation and Self-Governance**:     The supreme and inalienable interests of the People of the United States to self-preservation and self-governance overrides the relief requested by Plaintiff. Illegal immigrants are by law classified as criminals and their unauthorized entry presents a clear and present danger to the public health, safety and property of the People of the United States.

3)     **Basic Human Rights**:     Basic human rights (BHRs) are guaranteed to the People of the United States. Since the Declaration of Independence of 1776, these BHRs have been under vicious assault by individuals loyal to globalists, internationalists and other believers in a "one-world" order. The instant case is a perfect example. Here, Plaintiff's Chief Executive Department is maintaining a "criminal nuisance" by allowing foreign criminals to enter Arizona and the other border States and further allowing these alleged criminals to roam the cities and towns of the United States with impunity.

On September 18, 2022, Massachusetts announced that on September 16, 2022 Massachusetts directed the criminal illegal immigrants and the other criminal illegal immigrants be removed to military confinement in a "dormitory-style space" aboard Joint Base Cape Cod (JBCC).[3] Massachusetts described the removal order as being "a voluntary transition from Martha's Vineyard", which has a "predominately

---

[3] Press Release. *Press Release Baker-Polito Administration Provides Update Regarding Emergency Response Plan for Migrants Sheltering at Joint Base Cape Cod.* Available from https://www.mass.gov/news/baker-polito-administration-provides-update-regarding-emergency-response-plan-for-migrants-sheltering-at-joint-base-cape-cod. [Last visited on December 25, 2022].

3

Black area" in "Oak Bluffs", and is a utopia-type island frequented by Hollywood celebrities; former President Obama; the Honorable William T. Newman, Jr., Chief Judge of the Arlington County, Virginia Circuit Court who is married to Shelia Johnson, cofounder of Black Entertainment Television; Henry Louis Gates, Jr.; Beyoncé and Jay-Z; Quincy Jones; Malinda and D-Nice; Eddie Murphy; Sylvia Rhone, President of Universal Motown; Valerie Jarrett, former White House adviser to President Obama; Jill Nelson, author of the book "Blacks in Martha's Vineyard"; Harvard University law professor Charles Ogletree, who is also a contributor to The Martha's Vineyard Times newspaper; award-winning journalist Charlayne Hunter-Gault, who is also a contributor to ESSENCE magazine; Oprah Winfrey, and Spike Lee.[4]

4)   **Tenth Amendment Collective Intervention**:      The Supreme Court in *United States v. Sprague,* 282 U.S. 716, 733 (1931) found the Tenth Amendment was intended to confirm the understanding of the people at the time the Constitution was adopted, that powers not granted to the United States were reserved to the States or to the people; i.e., where we go one we go all. "It added nothing to the instrument as originally ratified...." In this sense, the Amendment is declaratory that all is retained which has not been surrendered. *New York v. United States,* 505 U.S. 144, 156 (1992) (quoting *United States v. Darby,* 312 U.S. 100, 124 (1941)).

---

[4] *Celebrities in Marthas Vineyard: ESSENCE.com roundups Black celebrities who vacation in Martha's Vineyard.* Updated October 29, 2020. Available from https://www.essence.com/news/celebrities-marthas-vineyard/#310417. [Last visited December 25, 2022].

4

Justice Joseph Story characterized the Amendment as a mere affirmation of a necessary rule of interpreting the Constitution:

> "Being an instrument of limited and enumerated powers, it follows irresistibly, that what is not conferred, is withheld, and belongs to the state authorities, if invested by their constitutions of government respectively in them; and if not so in vested, it is retained BY THE PEOPLE, as a part of their residuary sovereignty;"[5] and

5) **Plaintiff's Fraudulent Allegations**: The complaint's main allegations exposed the fraudulent behavior of Plaintiff and its officers and employees. It is not alleged in the complaint that Plaintiff was using Federal lands to aid and abet entry into the U.S. through a lawfully authorized port of entry. Instead, Arizona found Plaintiff to be criminally engaged in the trafficking of humans through unauthorized entry points within Arizona.

Plaintiff, by its complaint, seeks to criminally protect criminals illegally crossing the border into Arizona and the United States. Plaintiff and the criminals Plaintiff seeks to protect are engaged in an alleged criminal conspiracy against the United States and the rights of the People of the United States and as such, are subject to criminal prosecution under the "criminal nuisance" laws of each State.

6) **International "Infiltration" Conspiracy**: Plaintiff provides no explanation in its complaint as to why Plaintiff is intentionally allowing criminals to bypass the legal ports of entry authorized by Congress. In or about October 2017,

---

[5] Joseph Story, Commentaries on the Constitution of the United States § 1900 (1833).

President Trump established a "back channel" communications link for the public

known as "Q".[6] At least of 54 "Q" posts summarize the association of illegal

immigration and "[i]nfiltration [rogue] at the highest levels of our gov, media,

corps, etc.": (Immigration)[7]—85, 100, 121, 874, 988, 1570, 1603, 1652, 2037, 2392,

2646, 2683, 2689, 2754, 2854, 3016, 3049, 3071, 3748, 3750, 3778 and 4545);

(Infiltration)[8]—57, 58, 779, 1510, 1751, 1796, 1813, 1960, 2651, 2682, 2984, 3124,

3588, 3634, 3903, 3911, 3931, 3997, 4235, 4284, 4373, 4416, 4424, 4543, 4583,

4612, 4620, 4627, 4645, 4649, 4699 and 4750).

"Q" Post #85, in its "ANSWERS" section, indicates the ultra-violent criminal

gang known as "MS13", is funded by the drug enterprise known as "Sinaloa

Cartel"; has ties to the Intelligence Service of Pakistan; and that Rafael Aguilar and

Carmelo Marmolejo-Calixto, who were found murdered in Myrtle Beach, SC, were

responsible for the murder of Seth Rich. Pakistan is also a member of the

Commonwealth of Nations headed by Charles III, King of the United Kingdom.

"Q" Post #100, in its "ANSWERS" section, discusses the change of Queen

Elizabeth II's family name and the Queen receiving "advice" on state matters from

Sadiq Aman Khan, a former Member of the UK Parliament with alleged ties to

Hamas, Al-Qaeda, Al Nusra, ISIS and the Muslim Brotherhood; pedophiles; the

probable murder of Princess Diana; the probable assassination of Gareth Wyn

---

[6] Available from https://qanon.pub/. [Last visited on December 25, 2022].
[7] Available fom https://qanon.pub/?q=immigr. [Last visited on December 25, 2022].
[8] Available from https://qanon.pub/?q=infiltration. [Last visited on December 25, 2022].

Williams, a British MI5 agent found dead in August 2010; and the use of migrants by the leaders of the European Union as "assets" to be used for nefarious acts, such as the destruction of a country from within: "The migrants are to EU what MS-13 is to U.S."

Intervention is warranted as of right or permission because Intervenor was born in the United States and the proposed class members were either born or naturalized in the United States and as taxpayers, must pay the costs associated with illegal immigration that is intentionally allowed by Plaintiff and its officers and employees.

In a 1994 report to Congress regarding the illegal alien problem in California, the U.S. Government Accountability Office (GAO) found that by selecting the most reasonable of their assumptions, the Office was able to adjust California's cost estimates for three programs at $2.35 billion,[9] which was "by no means precise" "because of severe data limitations" and the difficulties of estimating "tax revenue from illegal aliens" without the benefit of having "information on the size of the illegal alien population" and the "population's income distribution, consumption patterns, and tax compliance rates."

---

[9] *ILLEGAL ALIENS: Assessing Estimates of Financial Burden on California.* United States General Accounting Office. GAO/HEHS-95-22. November 1994. Available from https://www.gao.gov/assets/hehs-95-22.pdf. [Last visited on December 25, 2022].

The GAO found that in 1992, "governments at all levels began experiencing fiscal crises that heightened public concerns about the costs of providing benefits and services to illegal aliens."

In a Report published in 2010, the Federation for American Immigration Reform (FAIR), found the "combined federal/state net outlay for services and benefits provided to illegal aliens amounts to nearly $100 billion annually."[10]

In an August 31, 2016 speech in Arizona, President Trump said: "Illegal immigration costs our country more than $113 billion a year. And this is what we get."[11]

The health, safety and fiscal crises affecting all Americans, and the alleged criminals which Plaintiff is hell bent on unlawfully aiding and abetting, was exacerbated on December 24, 2022 when the "food stamp machine" used by lawful residents, including legal resident aliens, was found inoperative at a Chevron Gas Station located at 3901 Main Street, Vancouver, WA 98663; Tel: (360) 993-0517.[12]

---

[10] *The Fiscal Burden of Illegal Immigration on United States Taxpayers.* Federation for American Immigration Reform. July 2010, revised February 2011. Available from
https://www.fairus.org/sites/default/files/2017-08/USCostStudy_2010.pdf. [Last visited on December 25, 2022].
[11] *Donald Trump says illegal immigration costs $113 billion a year.* Poynter Institute (Politifact). Available from https://www.politifact.com/factchecks/2016/sep/01/donald-trump/donald-trump-says-illegal-immigration-costs-113-bi/. [Last visited on December 25, 2022].
[12] Available from https://truthsocial.com//@trumpgenius/posts/109576645614327671. [Last visited on December 25, 2022].

8

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE**

**I.    Legal Standard.**

The proposed Intervenors-Defendants seek intervention (i) as of right or (ii) permissively to challenge the constitutional jurisdiction of this Honorable Court to grant relief to Plaintiff who is engaged in the criminal violation of the sovereignty of the United States and the individual sovereignty of the People of the United States.

Rule 24 of the Federal Rules of Civil Procedure governs an intervention on appeal. *Bates v. Jones*, 127 F.3d 870, 873 (9th Cir. 1997).

The Rule is construed broadly in favor of the proposed intervenors, and to succeed on a motion to intervene as of right, a putative intervenor must establish (i) the timeliness of its motion to intervene; (ii) the existence of an interest relating to the property or transaction that forms the basis of the pending action; (iii) a realistic threat that the disposition of the action will impede its ability to protect that interest; and (iv) the lack of adequate representation of its position by any existing party. *United States of America v. Aerojet Gen. Corp.*, 606 F.3d 1142, 1148 (9th Cir. 2010) (citations omitted); *Wilderness Soc'y v. U.S. Forest Service*, 630 F.3d 1173, 1177 (9th Cir. 2011) (en banc) (quoting *Sierra Club v. EPA*, 995 F.2d 1478, 1481 (9th Cir. 1993)).

9

## II.     Article III Standing To Intervene.

"To have standing to sue as a class representative it is essential that a [party] must be a part of that class, that is, he must possess the same interest and suffer the same injury shared by all members of the class he represents. To state differently, proposed Intervenor's interest must be "undifferentiated" from that of all other citizens. *Schlesinger v. Reservists to Stop the War,* 418 U.S. 208, 216 (1974). See also *Town of Chester v. Laroe Estates, Inc.,* 137 S. Ct. 1645, 1650 (2017) ("Article III of the Constitution limits the exercise of the judicial power to 'Cases' and 'Controversies.'" (citation omitted).

The concrete injury here asserted has been admitted in Plaintiff's Complaint and responded to by the Arizona Defendants. For example, Plaintiff admits, in paragraphs 41 and 42 of its Complaint at 11, and must concede the fact that Arizona's State legislature and the Arizona Defendants went into action to bring an end to Plaintiff's criminal misconduct by deploying the State's police power to "immediately initiate operations to close the gaps in Arizona's southern border wall, regardless of location," and to "work with other Arizona state agencies, local authorities, private organizations and, to the extent possible, federal agencies to accomplish this mission as quickly as possible."

To state differently, Plaintiff and its officers and employees were found guilty

of maintaining a "criminal nuisance" in violation of Arizona Revised Statutes, Title

13, Criminal Code § 13-2908 (March 8, 2022), which provides that:

"A. A person commits criminal nuisance:
1. If, by conduct either unlawful in itself or unreasonable under the
circumstances, such person recklessly creates or maintains a condition
which endangers the safety or health of others.
2. By knowingly conducting or maintaining any premises, place or
resort where persons gather for purposes of engaging in unlawful
conduct.
B. Criminal nuisance is a class 3 misdemeanor."

Each State has a similar "criminal nuisance" statute. Before the Arizona

Defendants went into action against Plaintiff's officers and employees, including

President Biden, Plaintiff had been intentionally using Federal lands to allow

criminals, disguised and classified as "noncitizens", to unlawfully enter the United

States. Afterwards, Plaintiff's officers and employees, including President Biden,

were setting these criminals free to roam unsupervised throughout the United States

where they have been committing a multiplicity of additional crimes and

endangering the safety or health of others, and obtaining health and other gratuitous

government benefits, such as failing to enforce trespass laws, to the detriment of all

citizens and lawful residents of the United States.

On June 7, 2018, President Trump's Justice Department, citing the

cooperation of the Texas Department of Public Safety (DPS), gave a summary of

the crimes committed by 251,000 "criminal aliens" booked into local Texas jails

11

between June 1, 2011 and April 30, 2018: "More than 663,000 criminal offenses;

1,351 homicides; 7,156 sexual assaults; 9,938 weapons charges; 79,049 assaults;

18,685 burglaries; 79,900 drug charges; 815 kidnappings; 44,882 thefts; 4,292

robberies."[13]

**III.    Timeliness.** This Motion to Intervene is timely. The complaint was filed on

December 14, 2022. As of the date of this Motion, December 25, 2022, the

Defendants have not filed any papers with the Court in response to the Complaint or

in response to the Summons served upon them. The Proposed Intervenors-

Defendants satisfy the timeliness requirement. *U.S. ex rel. McGough v. Covington

Techs. Co.*, 967 F.2d 1391, 1394 (9th Cir. 1992) (citation omitted); *Smith v. Los

Angeles Unified Sch. Dist.*, 830 F.3d 843, 854 (9th Cir. 2016). See also *NAACP v.

New York,* 413 U.S. 345, 366, (1973) (Timeliness determinations under Rule 24 are

vested in the sound discretion of the district court.)

**IV.    Significantly Protectable Interests.**

"An applicant has a significant protectable interest in an action if (1) it asserts

an interest that is protected under some law, and (2) there is a relationship between

its legally protected interest and the plaintiff's claims." *Cal. rel. Lockyer v. United*

---

[13] *Departments of Justice and Homeland Security Release Quarterly Alien Incarceration Report Highlighting the Negative Effects of Illegal Immigration and the Need for Border Security.* Available from https://www.justice.gov/opa/pr/departments-justice-and-homeland-security-release-quarterly-alien-incarceration-report and https://www.justice.gov/opa/press-release/file/1069281/download. [Last visited on December 25, 2022].

*States,* 450 F.3d 436, 441 (9th Cir. 2006) (quoting *Donnelly v. Glickman,* 159 F.3d 405, 409 (9th Cir.1998)) (internal quotation marks omitted).

Proposed Intervenors seek to protect significant "protectable interests" secured by the 1776 Declaration of Independence; the Treaty of Paris, Gr. Brit.- U.S., September 3, 1783, 8 Stat. 80; the U.S Constitution and the Tenth Amendment; the Enabling Act agreed to by each State; and the civil and criminal laws enacted to protect the rights of each proposed Intervenor.

Moreover, data provided by the Department of Homeland Security reveals that between 2011 and 2020, the United States apprehended approximately 6,269,292 criminals classified as "noncitizens" from nearly every sovereign nation on this Earth.[14]

The immigration data released by DHS in Table 34 is extremely inaccurate and or misleading given the fact that the notation of a "D" represents "[d]ata withheld to limit disclosure." DHS has also withheld disclosing illegal immigration data in its entirety for 17 of the 56 nations who are members of the Commonwealth of Nations:[15] Botswana, Brunei Darussalam, Cyprus, Kingdom of Eswatini,

---

[14] *Yearbook of Immigration Statistics 2020.* April 2022. Available from https://www.dhs.gov/immigration-statistics/yearbook/2020 and https://www.dhs.gov/sites/default/files/2022-07/2022_0308_plcy_yearbook_immigration_statistics_fy2020_v2.pdf. [Last visited on December 25, 2022].
[15] The Commonwealth of Nations is a voluntary association of 56 independent and equal countries in Africa, Asia, the Americas, Europe and the Pacific, comprising 2.5 billion people or one-third of the world's population. The head of the Commonwealth is Charles III, King of the United Kingdom. *The Commonwealth.* Available from https://thecommonwealth.org/. [Last visited on October 1, 2022].; *Commonwealth of Nations.* Available from https://en.wikipedia.org/wiki/Commonwealth_of_Nations. [Last visited on October 1, 2022].

Kiribati, Lesotho, Maldives, Malta, Mauritius, Mozambique, Namibia, Nauru, Papua New Guinea, Seychelles, Solomon Islands, Tuvalu and Vanuatu.

The GAO and many States also admit illegal immigration affects every citizen of the United States. Thus, intervention is necessary where the current litigation by Plaintiff United States will completely erode the "principle of party presentation so basic to our system of adjudication", *Arizona v. California,* 530 U.S. 392, 413 (2000), *United States v. Sineneng-Smith,* 140 S. Ct. 1575,1579 (2020), *Greenlaw v. United States,* 554 U.S. 237, 243-244 (2008).

Any judgment of this Court, particularly one in favor of Plaintiff and the criminals which Plaintiff's officers and employees, including President Biden, are aiding and abetting, will have serious import for American foreign relations, the People of the United States, and the national security of both, as evidenced from the powers reserved to the proposed Intervenors under the Tenth Amendment and Articles I, V and VII of the Treaty of Paris, Gr. Brit.-U.S., September 3, 1783, 8 Stat. 80.

Moreover, the United States has established a viable system of legal immigration through 328 ports of entry operated 24 hours a day by the U.S. Customs and Border Protection.[16] Further, Plaintiff maintains at least one port of

---

[16] Available from https://www.cbp.gov/border-security/ports-entry. [Last visited on December 25, 2022].

entry in each State,[17] including ten ports of entry in Arizona: (1) Douglas, Arizona - 2601 (est. 1914); (2) Lukeville, Arizona - 2602 (est. 1949); (3) Naco, Arizona - 2603 (est. 1902); (4) Nogales, Arizona - 2604 (est. 1903); (5) Phoenix, Arizona - 2605; (6) Phoenix-Mesa Gateway Airport, Arizona - 2682 (circa 1994); (7) San Luis, Arizona - 2608 (est. 1932); (8) Sasabe, Arizona - 2606 (est. 1916); (9) Scottsdale Airport, Arizona - 2681; and Tucson, Arizona - 2609 (circa. 1963).

Yet, Plaintiff does not inform this Court why Plaintiff is allowing its officers and employees, including President Biden, to criminally engage in human and drug trafficking and other crimes through unauthorized ports of entry.

The Immigration and Nationality Act of 1965, Pub.L. 89–236, 79 Stat. 911 and the Immigration Reform and Control Act of 1986, Pub.L. 99–603, 100 Stat. 3445 are legislative admissions of the fact that foreign criminals classified as "noncitizens" have no Federal rights to intentionally enter this Nation illegally and with the open criminal assistance of Plaintiff's officers and employees, including President Biden, in contravention of the 1776 Declaration of Independence, the Treaty of Paris, Gr. Brit.-U.S., September 3, 1783, 8 Stat. 80; the U.S Constitution, the Tenth Amendment; and the Enabling Act agreed to by each State.

---

[17] Available from https://www.cbp.gov/contact/ports. [Last visited on December 25, 2022].

15

**V.     Intervenor's Interests Not Adequately Represented by Existing Parties.**

The interests of the proposed Intervenors, as a class, are distinct from the

Plaintiff and the Defendants, and therefore cannot be adequately represented by the

parties and their legal Counsel. Indeed, the Supreme Court in *Trbovich v. Mine*

*Workers,* 404 U.S. 528 (1972) held that a union member's interest was not

adequately represented by the Secretary because the Secretary had a "duty to serve

two distinct interests, which are related, but not identical." *Id.* 404 U.S. at 538. The

Supreme Court further held that:

> "Even if the Secretary is performing his duties, broadly conceived, as
> well as can be expected, the union member may have a valid complaint
> about the performance of "his lawyer." Such a complaint, filed by the
> member who initiated the entire enforcement proceeding, should be
> regarded as sufficient to warrant relief in the form of intervention under
> Rule 24(a)(2)." *Id.* 404 U.S. at 539.

In *Perry v. Proposition 8 Official Proponents,* 587 F.3d 947, 950–51 (9th Cir.

2009), the Court found a "presumption" of representation could be overcome with a

"compelling showing' to the contrary."

In assessing whether the applicant's interest is impaired or impeded, the

advisory committee's notes to Rule 24 state that an absent party "should, as a

general rule, be entitled to intervene" if the "absentee would be substantially

affected in a practical sense by the determination made in an action." Fed. R. Civ.

P. 24 advisory comm. notes (1996 am.); see *Sw. Ctr. for Biological Diversity v. Berg,* 268 F.3d 810, 822 (9th Cir. 2001) (quoting same advisory committee's note with approval).

Plaintiff's officers and employees, including President Biden, are obviously opposed to the constitutional rights of the proposed Intervenors, thus leaving the Arizona Defendants to require the participation of the People of the United States. Stated as such, courts "consider[] three factors in determining the adequacy of representation: (1) whether the interest of a present party is such that it will undoubtedly make all of a proposed intervenor's arguments; (2) whether the present party is capable and willing to make such arguments; and (3) whether a proposed intervenor would offer any necessary elements to the proceeding that other parties would neglect." *Arakaki v. Cayetano,* 324 F.3d 1078, 1086 (9th Cir. 2003) (citation omitted).

In evaluating whether these requirements are met, "courts are guided primarily by practical and equitable considerations" and "construe the Rule broadly in favor of proposed intervenors." *United States v. City of Los Angeles,* Cal., 288 F.3d 391, 397 (9th Cir. 2002) (cleaned up). The proposed intervenor bears the burden to demonstrate that these requirements are met. *Prete v. Bradbury,* 438 F.3d 949, 954 (9th Cir. 2006). "Failure to satisfy any one of the requirements is fatal to the application," and the court "need not reach the remaining elements if one of the

17

elements is not satisfied." *Perry v. Proposition 8 Off. Proponents,* 587 F.3d 947, 950 (9th Cir. 2009).

The "ultimate objective" in throwing off the bonds of the Empires imposing their will upon the Colonies was "to be free sovereign and independent states".

The U.S. Constitution and the laws enacted by Congress provide no authority for the Plaintiff's officers and employees, including President Biden, to put to use federal public lands to commit the crimes of human and drug trafficking and other crimes recorded by Texas.

The U.S. Constitution and the laws enacted by Congress similarly provide the Court with no judicial authority to grant any relief to Plaintiff and its officers and employees, including President Biden, beyond dismissal with prejudice for failure to state a claim for relief, or dismissal pursuant to the "political question doctrine".

**VI.    Permissive Intervention.**

The proposed Intervenors also satisfy the requirements for permissive intervention, which is governed by the provisions of Fed. R. Civ. P. Rule 24(b).

Proposed Intervenors also assert both factual and legal questions directly related to the main action; we seek to defend our borders and our individual sovereignty; and intervention "will significantly contribute…to the just and equitable adjudication of the legal questions presented." *Spangler v. Pasadena City Bd. of Educ.,* 552 F.2d 1326, 1329 (9th Cir. 1977).

18

## VII.   CONCLUSION.

For the reasons set forth above, the proposed Intervenors-Defendants respectfully request that the Court grant their motion to intervene as of right, or, in the alternative, allow the Proposed Intervenors-Defendants to intervene permissively.

Respectfully submitted this 25th day of December 2022.

*Emanuel McCray*
Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668
(564) 208-7576
emanuel.mccray@hotmail.com

19

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December 2022, I mailed a copy of

the foregoing document, postage prepaid, to all parties addressed as follows:

| | |
|---|---|
| Anni Lori Foster<br>Office of the Governor<br>1700 W Washington St.<br>Phoenix, AZ 85007 | Arizona Department of Emergency and<br>Military Affairs<br>5636 E. McDowell Road<br>Phoenix, AZ 85008 |
| Brett William Johnson<br>Charlene A Warner<br>Colin Patrick Ahler<br>Ryan James Regula<br>Snell & Wilmer LLP<br>1 E Washington St., Ste. 2700<br>Phoenix, AZ 85004<br>*Attorneys for Defendant Douglas A.*<br>*Ducey* | Major General Kerry L. Muehlenbeck<br>Arizona Department of Emergency and<br>Military Affairs<br>5636 E. McDowell Road<br>Phoenix, AZ 85008<br><br>ANDREW A. SMITH<br>c/o United States Attorney's Office<br>201 Third Street, N.W., Suite 900<br>P.O. Box 607<br>Albuquerque, NM 87103 |
| Mark Brnovich, Attorney General of the<br>State of Arizona<br>Office of the Attorney General<br>2005 N. Central Ave<br>Phoenix, AZ 85004-2926<br>*Attorney for Defendant State of Arizona* | TYLER M. ALEXANDER<br>Natural Resources Section<br>PO Box 7611<br>Washington, DC 20044-7611 |
| Allen Clark<br>Director of the Arizona Division of<br>Emergency Management<br>Arizona Department of Emergency and<br>Military Affairs<br>5636 E. McDowell Road<br>Phoenix, AZ 85008 | SHAUN M. PETTIGREW<br>c/o NOAA, Damage Assessment<br>7600 Sand Point Way, NE<br>Seattle, WA 98155<br>*Attorneys for Plaintiff* |

*Emanuel McCray*
Emanuel McCray

PRESS FIRMLY TO SEAL



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



U.S. POSTAGE
$9.90
PH
98661
Date of sale
12/20/22
06       28 SK
11486725

## PRIORITY MAIL®

EMANUEL MCCRAY
PO BOX 3134
VANCOUVER WA 98668-3134

**RDC 04**

EXPECTED DELIVERY DAY: 12/30/22

C011

SHIP
TO:
DISTRICT COURT
401 W WASHINGTON ST
PHOENIX AZ 85003-2117

### USPS TRACKING® NUMBER



9505 5066 7171 2360 7826 95

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

## PRIORITY®
MAIL



**FROM:** EMANUEL MCCRAY
2700 Caples Avenue
P.O. Box 3134
Vancouver, WA 98668

ance (restrictions apply).
ernational destinations.

rm is required.

s exclusions see the

y and limitations of coverage.



RECEIVED

DEC 3 0 2022

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**TO:**

CLERK OF COURT
U.S. District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.