IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,**[1]<br>　　　　　Plaintiff,<br>　　v.<br><br>**Randy Moore, Chief of the United States Forest Service, in his official capacity; Camille Calimlim Touton, Commissioner of the United States Bureau of Reclamation, in her official capacity; Thomas J. Vilsack, United States Secretary of Agriculture, in his official capacity; United States Forest Service; and United States Bureau of Reclamation,**<br>　　　　　Federal Defendants,<br><br>**Center for Biological Diversity,**<br>　　　　　Defendant-Intervenor. | No. 2:22-cv-01814-PHX-DGC<br><br>**[PROPOSED] ORDER TRANSFERRING** *UNITED STATES V. HOBBS*, **2:22-cv-2107-PHX-SMB**[1] |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Arizona Governor Katie Hobbs is automatically substituted for her predecessor.

1   THIS MATTER came before the Court on all Parties' January 23, 2023 "Stipulation to
2 Transfer *United States v. Hobbs*, 22-cv-02107-PHX-SMB." The Court finds that the
3 Stipulation is well-taken and GRANTS the Stipulation. Pursuant to Local Rule of Civil
4 Procedure 42.1, the Court hereby transfers *United States v. Hobbs*, 22-cv-02107-PHX-SMB to
5 the undersigned Judge and orders that the case be renumbered 22-cv-02107-PHX-DGC.
6   IT IS HEREBY ORDERED.