**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katie Hobbs, Governor of the State of Arizona,[1]<br>Plaintiff,<br>v.<br>Randy Moore, Chief of the United States Forest Service, in his official capacity; et al,<br>Federal Defendants,<br>Center for Biological Diversity,<br>Defendant-Intervenor. | No. CV-22-1814-PHX-DGC<br><br>**ORDER TRANSFERRING *UNITED STATES V. HOBBS*, 2:22-cv-2107-PHX-SMB[1]** |

The parties have filed a January 23, 2023 Stipulation to Transfer *United States v. Hobbs*, 22-cv-02107-PHX-SMB.  The Court finds the Stipulation well-taken and, under LRCiv 42.1, transfers *United States v. Hobbs*, 22-cv-02107-PHX-SMB to the undersigned Judge and orders that the case be renumbered 22-cv-02107-PHX-DGC.

Dated this 25th day of January, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Arizona Governor Katie Hobbs is automatically substituted for her predecessor.