GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for United States/Federal Defendants (additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,** | No. 2:22-cv-01814-PHX-DGC |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| **Randy Moore, Chief of the United States Forest Service, et al.,** | |
| Federal Defendants, | |
| **Center for Biological Diversity,** | |
| Defendant-Intervenor. | |
| **United States of America,** | No. 2:22-cv-02107-PHX-DGC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **Katie Hobbs, Governor of the State of Arizona, et al.,** | |
| State Defendants. | |

4893-2389-7696

The Parties in *Hobbs v. Moore, et al.*, 22-cv-01814-PHX-DGC (hereinafter, "*Hobbs* case") and in *United States v. Hobbs, et al.*, 22-cv-02107-PHX-DGC (hereinafter, "*United States* case") provide this joint status report and respectfully request that the Court extend the stays in these cases until September 26, 2023.

The Court entered initial stays on January 3, 2023, in the *Hobbs* case (ECF No. 38), and on January 4, 2023, in the *United States* case (ECF No. 20). The Court granted the Parties' Stipulation to transfer the *United States* case to this Court on January 27, 2023 (ECF No. 43). The Court extended these stays by 90 days on February 3, 2023 (ECF Nos. 45 and 28). On May 2, 2023, the Parties explained that progress had been made toward resolution of both cases and asked that the stays be extended until August 23, 2023. (ECF Nos. 46 and 29). In response, the Court directed the Parties to file a joint status report on August 23, 2023, advising it of the status of the cases and proposing further proceedings. (ECF Nos. 47 and 30). A telephonic status conference is scheduled for August 29, 2023. (*Id.*).

Arizona and the United States have made substantial progress toward resolving these matters since May 2. As previously noted, all shipping containers have been removed from the United States' properties under the jurisdiction of the U.S. Bureau of Reclamation and the U.S. Forest Service. (ECF Nos. 46 and 29). Arizona and the United States do not anticipate any further remediation measures on the Reclamation properties. Arizona conducted extensive remediation efforts on the Forest Service properties. To address remaining remediation work, Arizona and the Forest Service entered into a Collection Agreement on August 5, 2023, that contemplates the Forest Service submitting a single lump sum advance bill to Arizona, and Arizona paying that bill, which will allow outstanding remediation work to be completed. The Forest Service submitted the bill to Arizona on August 22. Once that bill is paid, the United States and Arizona anticipate that the cases can be voluntarily dismissed.

To allow these potentially final steps to occur, the Parties request that the stays entered in both cases remain in effect until September 26, 2023. If these cases have not been

JOINT STATUS REPORT                                                                                                                1

voluntarily withdrawn by then, the Parties propose that they file another joint status report on that date. Due to the progress made toward resolving these cases, the Parties respectfully request that the August 29 status conference be vacated.

     A proposed form of order granting these requests is submitted herewith.

Respectfully submitted this 23rd day of August, 2023.

          GARY M. RESTAINO
          United States Attorney
          District of Arizona

          TODD KIM
          Assistant Attorney General
          Environment & Natural Resources Division
          United States Department of Justice

          */s/ Shaun M. Pettigrew*
          SHAUN M. PETTIGREW
          (Calif. Bar No. 254564)
          Senior Trial Attorney
          Natural Resources Section
          c/o NOAA, Damage Assessment
          7600 Sand Point Way, NE
          Seattle, Washington 98155
          Phone: (206) 526-6881
          shaun.pettigrew@usdoj.gov

          ANDREW A. SMITH
          (NM Bar No. 8341)
          Senior Trial Attorney
          Natural Resources Section
          c/o United States Attorney's Office
          201 Third Street, N.W., Suite 900
          P.O. Box 607
          Albuquerque, New Mexico 87103
          Phone: (505) 224 1468
          andrew.smith@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for the United States and Federal Defendants*

SNELL & WILMER L.L.P.

*/s/ Colin P. Ahler*
Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Charlene A. Warner
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
(623) 382-6000
bwjohnson@swlaw.com
cahler@swlaw.com
rregula@swlaw.com
cwarner@swlaw.com

*Attorneys for Governor Hobbs and State Defendants in the United States case*

*/s/ Marc D. Fink*
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor Center for Biological Diversity*

JOINT STATUS REPORT                                          3