1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,** <br>                 Plaintiff, <br>     v. <br> **Randy Moore, Chief of the United States Forest Service, et al.,** <br>                 Federal Defendants, <br> **Center for Biological Diversity,** <br>                 Defendant-Intervenor. | No. 2:22-cv-01814-PHX-DGC <br><br> **[PROPOSED] ORDER CONTINUING STAYS AND VACATING STATUS CONFERENCE** |
| **United States of America,** <br>                 Plaintiff, <br>     v. <br> **Katie Hobbs, Governor of the State of Arizona, et al.,** <br>                 State Defendants. | No. 2:22-cv-02107-PHX-DGC <br><br> **[PROPOSED] ORDER CONTINUING STAYS AND VACATING STATUS CONFERENCE** |

1  THIS MATTER came before the Court on the Parties' August 23, 2023 "Joint Status
2  Report" in the above-captioned cases. The Court, being advised of the premises, finds that the
3  requests in the Joint Status Report to be well-taken and orders as follows:
4      1. All deadlines in this case continue to be stayed;
5      2. The status conference scheduled for August 29, 2023, is vacated; and
6      3. If the above-captioned cases have not been voluntarily withdrawn by September
7         26, 2023, the Parties shall file another joint status report on that date.
8
9    IT IS HEREBY ORDERED.