1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 Katie Hobbs, Governor of the State of Arizona, )
                    Plaintiff, )  No. CV-22-1814-PHX-DGC

10      v. )

11 Randy Moore, Chief of the United States )  **ORDER CONTINUING STAYS**
Forest Service, et al., )  **AND VACATING STATUS**

12             Federal Defendants, )  **CONFERENCE**

13 )

14 Center for Biological Diversity, )
)

15         Defendant-Intervenor. )

16 )

17 )
United States of America, )  No. CV-22-2107-PHX-DGC

18 )

19         Plaintiff, )  **ORDER CONTINUING STAYS**
   v. )  **AND VACATING STATUS**

20 )  **CONFERENCE**

21 Katie Hobbs, Governor of the State of Arizona, )
et al., )

22 )
       State Defendants. )

23

24

25

26

27

28

| | |
|---|---|
| 1 |     **THIS MATTER** came before the Court on the Parties' August 23, 2023 "Joint Status |
| 2 | Report" in the above-captioned cases.  The Court finds the requests in the Joint Status Report to |
| 3 | be well-taken and orders as follows: |
| 4 |     1.  All deadlines in this case continue to be stayed; |
| 5 |     2.  The status conference scheduled for August 29, 2023, is **vacated**; and |
| 6 |     3.  If the above-captioned cases have not been voluntarily withdrawn by **September** |
| 7 |     **26, 2023**, the Parties shall file another joint status report on that date. |
| 8 |     Dated this 24th day of August, 2023. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

David G. Campbell
Senior United States District Judge