GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for Plaintiff (additional counsel on signature page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | )<br>) |
| Plaintiff, | ) No. 2:22-cv-02107-SMB<br>) |
| v. | ) **NOTICE OF DISMISSAL**<br>) |
| **Katie Hobbs, Governor of the State of Arizona, et al.,** | )<br>) |
| Defendants. | ) |

The United States brought this action in December 2022 against then-Governor of the State of Arizona, Douglas A. Ducey, the State of Arizona, Arizona Department of Military Affairs, and two State officials.  ECF No. 1.  This action was stayed on January 4, 2023, before the filing of any answer, motion to dismiss, or motion for summary judgment.  *See* ECF Nos. 20, 28, 30, 32.  The United States now voluntarily dismisses this action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated this 15th day of September, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> TODD KIM
> Assistant Attorney General
> Environment & Natural Resources Division
> United States Department of Justice
>
> SHAUN M. PETTIGREW
> (Calif. Bar No. 254564)
> Senior Trial Attorney
> Natural Resources Section
> c/o NOAA, Damage Assessment
> 7600 Sand Point Way, NE
> Seattle, Washington 98155
> Phone: (206) 526-6881
> shaun.pettigrew@usdoj.gov
>
> */s/ Andrew A. Smith*
> ANDREW A. SMITH
> (NM Bar No. 8341)
> Senior Trial Attorney
> Natural Resources Section
> c/o United States Attorney's Office
> 201 Third Street, N.W., Suite 900
> P.O. Box 607
> Albuquerque, New Mexico 87103
> Phone: (505) 224 1468

NOTICE OF DISMISSAL

andrew.smith@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for Plaintiff*

NOTICE OF DISMISSAL